HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

NW COMMERCIAL LOAN FUND, LLC

US Dist. Ct. No. C05-5244 RBL
Internal BK Ct. No. 05-T001
BK No. 02-40511

ORDER GRANTING
MOTION TO DISMISS

THIS MATTER comes on before the above-entitled Court upon Appellees' Motion to Dismiss [Dkt. #7].

Having considered the entirety of the records and file herein, and having considered that the appellant does not oppose the motion [Dkt. #11], it is hereby,

ORDERED that appellees' Motion is **GRANTED**. This appeal from the Bankruptcy Court is hereby **DISMISSED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 10th day of June, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1